## HOWARD *et al.* v. TARVER, executor.

BECK, J. 1. There is no merit in the exceptions of the plaintiffs in error to the rulings of the court as to the admission or rejection of evidence.

2. Under the evidence in this case, a verdict in favor of the plaintiff was demanded, and the direction of a verdict in his favor was not error.      *Judgment affirmed. All the Justices concur.*

           FEBRUARY 17, 1916.

Complaint. Before Judge Worrill. Early superior court. January 7, 1915.

*R. J. Bacon* and *W. I. Geer,* for plaintiffs in error.

*Glessner & Park,* contra.

---

## TYSON *v.* BROWN.

HILL, J. There was no error in admitting the evidence over the objections urged on the trial. The direction of a verdict for the plaintiff for the premises in dispute was proper under the evidence, the court having left to the determination of the jury the issue as to mesne profits.      *Judgment affirmed. All the Justices concur.*

           FEBRUARY 17, 1916.

Ejectment. Before Judge George. Lee superior court. January 30, 1915.

*W. I. Geer,* for plaintiff in error. *Pope & Bennet,* contra.